UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV09-293-CAS(PJWx) | Date | April 6, 2009 |
|---|---|---|---|
| Title | *SCOTT BOTTING  v. YAMAHA MOTOR CORPORATION, USA; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

On March 20, 2009, the Court sent out a minute order setting a Status Conference re: Case on April 6, 2009 at 11:00 a.m.  On April 6, 2009, no appearances were made.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **April 16, 2009** why this action should not be dismissed for failure to appear at a Court ordered hearing**.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |